

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2019

No. 04-19-00359-CR

Laura Flores **MESSICK,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR11174
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on September 25, 2019. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to October 25, 2019. On October 28, 2019, appellant filed a motion requesting an additional extension of time to file the brief until November 25, 2019, for a total extension of sixty days. The motion is GRANTED. Appellant's brief must be filed **by or before November 25, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk